# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JHO INTELLECTUAL PROPERTY
HOLDINGS, LLC, and
VITAL PHARMACEUTICALS, INC.,

    Plaintiffs /Counterclaim Defendants,

    v.                                                    Case No. 0:21cv60451

IGNITE INTERNATIONAL, LTD.,
IGNITE BEVERAGES INC., and
JAMES GRACELY

    Defendants / Counterclaim Plaintiffs.
_____/

## PLAINTIFFS' PROPOSED VERDICT FORM

Pursuant to the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call (Dkt. 82), Plaintiffs, JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc., submit their Proposed Verdict Form.

**[INTENTIONALLY LEFT BLANK
PROCEED TO NEXT PAGE]**

## PLAINTIFFS' CLAIMS FOR TRADEMARK INFRINGEMENT
## AND CANCELLATION OF THE Z-RO TRADEMARK

**Do you find by a preponderance of the evidence that:**

1. JHO Intellectual Property Holding, LLC owns United States Trademark Registration Number 4,536,197 for the SRO trademark?

                        Answer Yes or No: _____

If your answer is "No," proceed to Question 6. If your answer is "Yes," go to the next question.

2. JHO Intellectual Property Holding, LLC, licensed United States Trademark Registration Number 4,536,197 for the SRO trademark to Vital Pharmaceuticals, Inc.?

                        Answer Yes or No: _____

Go to the next Question.

3. Ignite International, Ltd., and Ignite Beverages, Inc. used the Z-RO trademark in a manner that is likely to cause confusion with the registered SRO trademark?

                        Answer Yes or No: _____

Go to the next Question.

## DEFENDANTS' COUNTERCLAIM FOR
## CANCELLATION OF THE SRO TRADEMARK

**Do you find by clear and convincing evidence that:**

4. JHO Intellectual Property Holding, LLC's SRO registration is invalid, because it was procured or maintained through a fraudulent filing?

                        Answer Yes or No: _____

Go to the next Question.

**Do you find by a preponderance of the evidence that:**

5.      JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. have stopped using the SRO trademark with the intent to not resume their use in the reasonably foreseeable future?

Answer Yes or No: _____

Go to the next Question.

<strong><u>INFRINGEMENT OF AN UNREGISTERED TRADEMARK</u></strong>

**Do you find by a preponderance of the evidence that:**

6.      JHO Intellectual Property Holding, LLC owns an unregistered trademark entitled to protection.

Answer Yes or No: _____

If the answer is "Yes" then go to the next Question.  If the answer is "No" then go to Question No. 11 only if you answered "Yes" to Question No. 3.

7.      JHO Intellectual Property Holding, LLC licensed its unregistered trademark to Vital Pharmaceuticals, Inc.?

Answer Yes or No: _____

Go to the next Question.

8. Ignite International, Ltd., and Ignite Beverages, Inc.'s use of Z-RO is likely to cause confusion with the unregistered SRO trademark?

> Answer Yes or No: _____

If your answer to this Question or Question No. 3 is "Yes," go to the next question. If your answer to both this Question and Question No. 3 is "No," you should sign and date this form.

## PLAINTIFFS' DAMAGES FOR TRADEMARK INFRINGEMENT

9. Ignite International, Ltd., and Ignite Beverages, Inc.'s conduct was willful and deliberate, or Ignite International, Ltd., and Ignite Beverages, Inc.'s were unjustly enriched, or an award of Ignite International, Ltd., and Ignite Beverages, Inc.'s profits is necessary to deter future conduct?

> Answer Yes or No: _____

If your answer is "Yes," in what amount?

> $_____.

If your answer is "No," go to the next question.

10. JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. have not proved any actual monetary damages nor have Ignite International, Ltd., and Ignite Beverages, Inc.'s profits been awarded, but JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. are awarded nominal damages?

> Answer Yes or No: _____

If your answer is "Yes," in what amount?

4

$$\$\underline{\hspace{3cm}}.$$

SO SAY WE ALL

_____<br>
Foreperson's Signature

DATE: _____

Dated: July __, 2022

*s/ draft*
Zachary S. Foster (FBN 111980)
Zachary.Foster@quarles.com
**QUARLES & BRADY LLP**
101 E. Kennedy Blvd., Suite 3400
Tampa, Florida 33602
Telephone: 813-387-0300

Nicole M. Murray
Nicole.Murray@quarles.com
**QUARLES & BRADY LLP**
300 N. LaSalle St., Suite 4000
Chicago, Illinois 60654-3406
Telephone: 312-715-5000
Facsimile: 312-715-5155

Johanna M. Wilbert
Johanna.Wilbert@quarles.com
Nathan J. Oesch
Nathan.Oesch@quarles.com
**QUARLES & BRADY LLP**
411 East Wisconsin Ave., Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-271-5000
Facsimile: 414-271-3552
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __th day of July, 2022, I caused to be electronically filed foregoing with the Clerk of the Court by using CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

William G. Giltinan, Esq.
wgiltinan@carltonfields.com
Carlton Fields, P.A.
Corporate Center Three at
International Plaza
4221 W. Boy Scout Blvd.
Suite 1000
Tampa, FL 33607-5780

*Attorneys for James Gracely, Ignite International, Ltd. And Ignite Beverages, Inc.*

Yolanda P. Strader, Esq.
ystrader@carltonfields.com
Carlton Fields, P.A.
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, FL 33136-4118

*Attorneys for James Gracely, Ignite International, Ltd. And Ignite Beverages, Inc.*

  */s/ draft*
Zachary S. Foster