# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JHO INTELLECTUAL PROPERTY
HOLDINGS, LLC, and
VITAL PHARMACEUTICALS, INC.,

    Plaintiffs /Counterclaim Defendants,

    v.                                        Case No. 0:21cv60451

IGNITE INTERNATIONAL, LTD.,
IGNITE BEVERAGES INC., and
JAMES GRACELY

    Defendants / Counterclaim Plaintiffs.
_____/

**DEFENDANTS' PROPOSED VERDICT FORM**

Pursuant to the Court's Amended Order Scheduling Trial and Order of Instructions Before Calendar Call (Dkt. 102), Defendants, Ignite International, Ltd., and Ignite Beverages, Inc., submit their Proposed Verdict Form[1].

**[INTENTIONALLY LEFT BLANK
PROCEED TO NEXT PAGE]**

---

[1] The parties are submitting competing verdict forms.

**PLAINTIFFS' CLAIMS FOR TRADEMARK INFRINGEMENT
AND CANCELLATION OF THE Z-RO TRADEMARK**

**Do you find by a preponderance of the evidence that:**

1. JHO Intellectual Property Holding, LLC owns United States Trademark Registration Number 4,536,197 for the SRO trademark?

    Answer Yes or No: _____

If your answer is "No," proceed to Question 7. If your answer is "Yes," go to the next question.

2. JHO Intellectual Property Holding, LLC, licensed United States Trademark Registration Number 4,536,197 for the SRO trademark to Vital Pharmaceuticals, Inc.?

    Answer Yes or No: _____

Go to the next Question.

3. Ignite International, Ltd., and Ignite Beverages, Inc. used the Z-RO trademark in a manner that is likely to cause confusion with the registered SRO trademark?

    Answer Yes or No: _____

Go to the next Question.

**DEFENDANTS' AFFIRMATIVE DEFENSES AND COUNTERCLAIM FOR
CANCELLATION OF THE SRO TRADEMARK**

**Do you find by clear and convincing evidence that:**

4. JHO Intellectual Property Holding, LLC's SRO registration is invalid, because it was procured or maintained through a fraudulent filing?

    Answer Yes or No: _____

Go to the next Question.

**Do you find by a preponderance of the evidence that:**

5.  JHO's registration is invalid because the registered trademark was not in use in commerce on the goods listed in the registration as of the date JHO represented to the U.S. Patent and Trademark Office that the trademark was being used?

Answer Yes or No     _____

6.  JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. have stopped using the SRO trademark on the goods recited in the registration with the intent to not resume their use in the reasonably foreseeable future?

Answer Yes or No:     _____

Go to the next Question.

### INFRINGEMENT OF AN UNREGISTERED TRADEMARK

**Do you find by a preponderance of the evidence that:**

7.  JHO Intellectual Property Holding, LLC owns an unregistered trademark entitled to protection.

Answer Yes or No:     _____

If the answer is "Yes" then go to the next Question. If the answer is "No" then go to Question No. 9 only if you answered "Yes" to Question No. 3.

7.  JHO Intellectual Property Holding, LLC licensed its unregistered trademark to Vital Pharmaceuticals, Inc.?

Answer Yes or No: _____

Go to the next Question.

8. Ignite International, Ltd., and Ignite Beverages, Inc.'s use of Z-RO is likely to cause confusion with the unregistered SRO trademark?

Answer Yes or No: _____

If your answer to this Question or Question No. 3 is "Yes," go to the next question. If your answer to both Question No. 8 and Question No. 3 is "No," you should sign and date this form.

## PLAINTIFFS' DAMAGES FOR
## TRADEMARK INFRINGEMENT

9. Ignite International, Ltd., and Ignite Beverages, Inc.'s conduct was willful and deliberate, or Ignite International, Ltd., and Ignite Beverages, Inc.'s were unjustly enriched, or an award of Ignite International, Ltd., and Ignite Beverages, Inc.'s profits is necessary to deter future conduct?

Answer Yes or No: _____

If your answer is "Yes," in what amount?

$_____.

If your answer is "No," go to the next question.

10. JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. have not proved any actual monetary damages nor have Ignite International, Ltd., and Ignite Beverages,

4

Inc.'s profits been awarded, but JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. are awarded nominal damages?

                          Answer Yes or No: _____

If your answer is "Yes," in what amount?

                          $_____.

SO SAY WE ALL

                                              _____
                                              Foreperson's Signature

DATE: _____

Dated: July __, 2022

*s/ draft*
William G. Giltinan, Esq. (FBN 27810)
wgiltinan@carltonfields.com
**CARLTON FIELDS, P.A.**
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780
Telephone: 813-223-7000

Merrick L. Gross, Esq. (FBN 716677)
Mgross@carltonfields.com
**CARLTON FIELDS, P.A.**
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, FL 33136-4118
Telephone 305-530-0050
*Attorneys for James Gracely, Ignite*
*International, Ltd. and Ignite Beverages, Inc.*

*s/ draft*
Yolanda P. Strader (FBN 70212)
yolanda@straderpaschal.com
**STRADER PASCHAL PLLC**
150 S. Pine Island Road, Suite 300
Plantation, Florida 33324
Telephone: 954-880-1260
*Attorneys for James Gracely, Ignite*
*International, Ltd. and Ignite Beverages, Inc.*