UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JHO INTELLECTUAL PROPERTY
HOLDINGS, LLC, and
VITAL PHARMACEUTICALS, INC.,

    Plaintiffs /Counterclaim Defendants,

v.                                                     Case No. 0:21cv60451

IGNITE INTERNATIONAL, LTD.,
IGNITE BEVERAGES INC., and
JAMES GRACELY

    Defendants / Counterclaim Plaintiffs.
_____/

## NEUTRAL STATEMENT OF CASE AND LIST OF WITNESSES FOR VENIRE PANEL

Pursuant to the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call (Dkt. 82), Plaintiffs, JHO Intellectual Property Holding, LLC and Vital Pharmaceuticals, Inc. and Defendants, Ignite International, Ltd., and Ignite Beverages, Inc., submit the parties' joint neutral statement of case and list of witnesses for venire panel.

    **A.**     **Neutral Statement of Case.**

This is a civil case. To help you follow the evidence, I'll summarize the parties' positions. The Plaintiffs, JHO Intellectual Property Holdings, LLC (who I'll refer to as "JHO Intellectual") and Vital Pharmaceuticals, Inc., (who I'll refer to as "Vital Pharmaceuticals") have brought claims against the Defendants, Ignite International, Ltd., (who I'll refer to as "Ignite International") and Ignite Beverages, Inc. (who I'll refer to as "Ignite Beverages") for trademark infringement, unfair competition, and seeking to cancel a trademark owned by Defendants (which I'll refer to as the Z-RO mark"). Defendants denied the infringement, unfair competition, and trademark cancellation

claim and have counter-sued JHO Intellectual and Vital Pharmaceuticals seeking to cancel JHO Intellectual's trademark (which I'll refer to as the "SRO mark").

Plaintiffs, JHO Intellectual and Vital Pharmaceuticals, contend that Defendants, Ignite International and Ignite Beverages, infringed, and continue to infringe, the SRO mark by Defendants' use in commerce of the Z-RO mark in connection with the sale of Defendants' energy drink products. Plaintiffs also claim that Defendants' Z-RO trademark registration should be cancelled. Defendants deny Plaintiffs' claims that there could be any confusion between the use of their Z-RO mark and the SRO mark. Defendants also claim that the SRO trademark registration should be cancelled because Plaintiffs are not using the SRO trademark in the manner described in its registration. Plaintiffs dispute this claim.

**B.     List of Witnesses**

- David Wisdom: VP of Sports Nutrition, Vital Pharmaceuticals, Inc., Broward County, Florida.

- Gideon Eckhouse: Chief IP Counsel, Vital Pharmaceuticals, Inc., Los Angeles, California.

- Frank Massabki:  General Counsel, Vital Pharmaceuticals, Inc., Broward County, Florida.

- Meg Liz Owoc: Senior Director of Marketing, Vital Pharmaceuticals, Inc., Broward County, Florida.

- James Gracely: former Sales and Operations Director, Ignite International, Ltd, North Carolina.

- Jon Tepp: Vice President, Christensen Associates, Madison, Wisconsin.

- Greg Smith: Territory Sales Manager, Ignite International, Ltd., Raleigh-Durham, North Carolina.

- Steven Johnston: Head of Global Spirits, Ignite International, Ltd., Broward County, Florida.

- Scott Rohleder: Chief Financial Officer, Ignite International Brands, Ltd.

- John Stanton: Professor, St. Joseph's University, Philadelphia, Pennsylvania.

Dated: July 18, 2022

*s/ William Giltinan*
William G. Giltinan, Esq. (FBN 27810)
wgiltinan@carltonfields.com
**CARLTON FIELDS, P.A.**
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780
Telephone: 813-223-7000

Merrick L. Gross, Esq. (FBN 716677)
Mgross@carltonfields.com
**CARLTON FIELDS, P.A.**
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, FL 33136-4118
Telephone 305-530-0050
*Attorneys for James Gracely, Ignite International, Ltd. and Ignite Beverages, Inc.*


*s/ Yolanda Strader*
Yolanda P. Strader (FBN 70212)
yolanda@straderpaschal.com
**STRADER PASCHAL PLLC**
150 S. Pine Island Road, Suite 300
Plantation, Florida 33324
Telephone: 954-880-1260
*Attorneys for James Gracely, Ignite International, Ltd. and Ignite Beverages, Inc.*

*s/ Zachary Foster*
Zachary S. Foster (FBN 111980)
Zachary.Foster@quarles.com
**QUARLES & BRADY LLP**
101 E. Kennedy Blvd., Suite 3400
Tampa, Florida 33602
Telephone: 813-387-0300

Nicole M. Murray
Nicole.Murray@quarles.com
**QUARLES & BRADY LLP**
300 N. LaSalle St., Suite 4000
Chicago, Illinois 60654-3406
Telephone: 312-715-5000
Facsimile: 312-715-5155

Johanna M. Wilbert
Johanna.Wilbert@quarles.com
Nathan J. Oesch
Nathan.Oesch@quarles.com
**QUARLES & BRADY LLP**
411 East Wisconsin Ave., Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-271-5000
Facsimile: 414-271-3552
*Attorneys for Plaintiffs*